**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

KESHA MCLEOD,
                Defendant.
------------------------------------------------------------X

16 CR. 502 (RMB)

**ORDER**

      On consent of all parties, and because of Ms. McLeod's continued compliance with probation for over four years, including, but not limited to, her successful completion of treatment and her steady employment and stable residence during the exceptionally difficult circumstances brought about by the COVID-19 pandemic, the Court finds that an early termination of probation effective February 18, 2021 is warranted in the instant case. The Court finds that Ms. McLeod has conducted herself in an exemplary and law abiding fashion and exceeded the expectations and requirements of her supervision.  See transcript of proceedings held on February 18, 2021 for a complete record.

Dated: February 18, 2021
       New York, NY

                                      _____
                                         RICHARD M. BERMAN
                                             U.S.D.J.